# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE HOME INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ESQUIRE NORMAN PERLBERGER, et al. | : | NO. 95-2029 |

## **O R D E R**

**AND NOW**, this 30th day of March, 2011, it is

**ORDERED** that counsel submit a written status report on the above-captioned case by **April 22, 2011.** If a status report is not received by this date, this case will be removed from civil suspense and marked for closed for statistical purposes.

Copies sent via email on 3/30/11 to:
 Arthur W. Lefco, Esq.
 Victor M. Verbeke, Esq.
 Norman Perlberger, Esq.
 James C. Swartzman, Esq.
 John J. Elliott, Esq.
 Mark Joseph Schwemler, Esq.

ATTEST: or BY THE COURT

 /s/ Donna M. Bozzelli
BY: Donna M. Bozzelli                Louis H. Pollak
    Deputy Clerk                         Judge

Civ 12 (9/83)