# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE HOME INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| NORMAN PERLBERGER, ESQUIRE | : | NO. 95-2029 |

## ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE

    **AND NOW**, this 27th day of July, 2011, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

    **ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

                                        /s/ Louis H. Pollak
                                          Louis H. Pollak, J.

Civ 15 (8/80)